UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY OLIVER, | Case No. 18-cv-07166-RS |
|---|---|
| Plaintiff, | 19-cv-00270-RS |
| v. | |
| LYFT, INC., | **ORDER TO SHOW CAUSE** |
| Defendant. | |

Plaintiff Anthony Oliver is requested to submit briefing explaining why Lyft's Motion to Change Venue in Case No. 18-cv-7166, filed on January 14, 2019, should not equally apply to Oliver's recently related case against Lyft, Case No. 19-cv-270. Oliver's briefing on this question should be no longer than 10 pages and must be submitted by March 27, 2019. Lyft may file a response, if it so chooses, no later than April 4, 2019.[1]

**IT IS SO ORDERED**.

Dated: March 8, 2019

_____
RICHARD SEEBORG
United States District Judge

---

[1] The order issued on March 1, 2019 in Case No. 18-cv-07166 remains in effect. Accordingly, the parties should refrain from filing additional motions in that case until the motion to transfer is resolved.